IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

**CASEY DREW O'SULLIVAN**                               **CASE NO. 15-30173**
             **Debtor.**

### CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2015, I mailed a copy of the Notice and Order Setting Hearing regarding Motion to Avoid Lien on Real Estate, properly addressed and postage prepaid to all interested parties listed below:

CRP HOLDINGS A1 LLC
C/O SADER LAW FIRM
TRACY WRISINGER
2345 GRAND BLVD., STE. 1925
KANSAS CITY, MO 64108

AND

TRACY WRISINGER
200 NE MISSOURI RD., STE. 200
LEES SUMMIT, MO 64086

                                                COLLINS WEBSTER & ROUSE, PC

                                                /s/Norman E. Rouse
                                                Norman E. Rouse   MO Bar #27439
                                                5957 E. 20th St.
                                                Joplin, MO 64801
                                                417-782-2222
                                                417-782-1003 – fax